**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARILYN KENT,** | : | |
|       **Plaintiff,** | : | |
| | : | |
|   v. | : | Civ. No. 11-2690 |
| | : | |
| **JAY SARVER,** | : | |
|       **Defendant.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 14th day of February, 2011, for the reasons stated in the accompanying Decision, it is hereby **ORDERED** that Defendant's Motion to Dismiss *(Doc. No. 34)* is **GRANTED**. Plaintiff's Third Amended Complaint is **DISMISSED with prejudice**. The Parties' other pending Motions *(Doc. Nos. 31, 32, 35, 36)* are **DENIED as moot**.

    The Clerk shall close this case for statistical purposes.

                                                    **AND IT IS SO ORDERED.**

                                                    /s/ Paul S. Diamond
                                                    _____
                                                    Paul S. Diamond, J.